UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**UNITED STATES OF AMERICA,**

    Plaintiff,

Case No. 2:20-mj-30373

vs.

**ALI HUSSEIN JAGHBIR,**

    Defendant.
_____/

## SUBSTITUTION OF ATTORNEY

TO:    United States District Court, Eastern District of Michigan, Clerk of the Court, Theodore Levin United States Courthouse, 231 W. Lafayette Blvd., Detroit, Michigan 48226, all attorneys of record and unrepresented parties:

I replace *Andrew Densemo, Esq.*, on behalf of Defendant, Ali Hussein Jaghbir, and request copies of all papers filed in this case after this date.

| | |
|---|---|
| 12/28/2020 | Law Office of Richard H. Morgan Jr., P.C. |
| Date | Richard H. Morgan, Jr. (P23924) |
| | 485 Orchard Lake Road, Ste. 203 |
| s/ Richard H. Morgan, Jr. | Pontiac, Michigan 48341 |
| Signature | (248) 334-8970 Office / Fax (248) 334-9199 |

## CONSENT

I consent to the substitution of the above attorney in this case.

| | |
|---|---|
| s/ Andrew Densemo (w/Consent) | Andrew Densemo, Esq. (P37583) |
| Signature | Federal Defender Office |
| | 613 Abbott, 5th Floor |
| | Detroit, Michigan 48226 |
| | (313) 967-5555 |